United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-11171-mdc
Flemuel Brown, III  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Oct 26, 2023  Form ID: 155  Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Flemuel Brown, III, 1702 N. 62nd Street, Philadelphia, PA 19151-3435 |
| 14779118 | + | Cenlar FSB, Central Loan Administration & Reporting, c/o Mario Hanyon, Esq, 3825 Forrestgate Drive, Winston Salem, NC 27103-2930 |
| 14775989 | + | Firstrust Bank, Po Box 77404, Ewing, NJ 08628-6404 |
| 14775996 | + | Univest, 2000 Market Street, 700, Philadelphia, PA 19103-3224 |
| 14775997 | + | Wells Fargo Business, PO Box 77033, Minneapolis, MN 55480-7733 |
| 14790956 | + | Wells Fargo Card Services, PO Box 9210, Des Moines, IA 50306-9210 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14785441 | | Email/PDF: bncnotices@becket-lee.com | Oct 27 2023 00:43:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14775988 | + | Email/PDF: bncnotices@becket-lee.com | Oct 27 2023 00:43:54 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14792490 | | Email/Text: BKelectronicnotices@cenlar.com | Oct 27 2023 00:31:00 | Cenlar FSB, Attn: BK Dept., 425 Phillips Blvd, Ewing, NJ 08618 |
| 14778841 | | Email/Text: BKelectronicnotices@cenlar.com | Oct 27 2023 00:31:00 | Cenlar FSB, c/o Central Loan Administration & Report, 425 Phillips Blvd, Ewing, New Jersey 08618-1430 |
| 14800769 | | Email/Text: megan.harper@phila.gov | Oct 27 2023 00:32:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14819224 | | Email/Text: megan.harper@phila.gov | Oct 27 2023 00:32:00 | City of Philadelphia, Law Department - Tax Unit, 1401 JFK, 5th Floor, Philadelphia, Pa 19102 |
| 14818935 | | Email/Text: megan.harper@phila.gov | Oct 27 2023 00:32:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14778840 | + | Email/Text: EBN@brockandscott.com | Oct 27 2023 00:31:00 | Firstrust Bank, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14775990 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 27 2023 00:31:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14794773 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 27 2023 00:32:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14783735 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Oct 27 2023 00:32:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14783109 | + | Email/Text: camanagement@mtb.com | Oct 27 2023 00:31:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |

| Recipient # | Delivery Method | Date/Time | Recipient |
|---|---|---|---|
| 14789339 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 27 2023 00:42:38 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14775991 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 27 2023 00:42:54 | Merrick, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14775992 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 27 2023 00:42:48 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14776186 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 27 2023 00:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14778082 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 27 2023 00:43:56 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14775993 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 27 2023 01:03:05 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14775994 | Email/Text: bankruptcy@td.com | Oct 27 2023 00:32:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 14781288 | ^ MEBN | Oct 27 2023 00:21:54 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 14794171 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 27 2023 00:32:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 14775995 | + Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 27 2023 00:32:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14790056 | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 27 2023 01:02:54 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14778944 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 27 2023 00:43:45 | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 26, 2023 | Form ID: 155 | Total Noticed: 30 |

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Flemuel Brown III brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Firstrust Bank wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Flemuel Brown, III
    Debtor(s)

Chapter: 13
Bankruptcy No: 23−11171−mdc

___

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this October 26, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court

23
Form 155