**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Flemuel Brown, III | : | Chapter 13 |
| | : | Case No.: 23-11171-MDC |
| Debtors | : | |

SUPPLEMENTAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSESFOR SERVICES PERFORMED AFTER CONFIRMATION OF CHAPTER 13 PLAN
............................................................................................

Brad J. Sadek, Esquire applies under § 330 of the Code for an Order directing the Chapter 13 Trustee to pay an award of compensation and reimbursement of actual, necessary expenses for services performed after confirmation of the above-mentioned debtor's chapter 13 plan and represents:

1. The debtor(s) filed a Chapter 13 Petition on April 24, 2023.

2. This Court has previously approved an Application for Compensation of Counsel Fees in the amount of $4,725.00.

3. Applicant requests an award of supplemental compensation of $ 1,500.00 for   5   hours expended in providing the following services:

| Date | Work Completed | By Whom | Hours |
|---|---|---|---|
| 01/29/2024 | Communications with Debtor regarding Motion for Stay Relief filed by Firstrust Bank; provide same to Debtor and discuss | Attorney | 1.0 |
| 02/22/2024 | Communications with counsel to Firstrust Bank regarding Motion for Stay Relief and Stipulation; review stipulation and provide same to Debtor | Attorney | 1.0 |
| 03/27/2024 | Communications with Debtor regarding modified plan and plan payment | Attorney | 0.5 |
| 03/27/2024 | Preparation of Motion to Modify Plan, Modified Plan, and review of the same with Debtor | Attorney | 1.5 |
| 03/27/2024 | E-filing of Motion to Modify Plan, Modified Plan, Notice of Motion, service, and calendaring of Hearing date and CNR | Paralegal | 1.0 |

4. Applicant requests that compensation be awarded at the following hourly rate(s):
   **Attorney Fees**: $390.00/hr
   **Paralegal Fees**: $150.00 hr

5. Applicant requests reimbursement of expenses in the amount of $0.00.

7. All services rendered and expenses incurred for which compensation or reimbursement is requested

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

a. were performed or incurred for or on behalf of the debtor, the services and expenses were actual and necessary, and the compensation requested for those services is reasonable; and

b. are not duplicative of services and expenses for which compensation or reimbursement was previously requested.

8. If this supplemental application is granted, the debtor's confirmed chapter 13 plan (check whichever is applicable)

☒ is adequately funded.

☐ is not adequately funded.

9. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C §504(c) applies.

WHEREFORE, Applicant requests an award of $**1,500.00** in compensation and of $ **0.00** in reimbursement of actual, necessary expenses.

Dated:   **March 27, 2024**                    Signed:   **/s/ Brad J. Sadek, Esquire**
                                                          Applicant

                                        By: **Brad J. Sadek, Esquire**
                                      Name: **Sadek Law Offices**
                                    Address: **1500 JFK Boulevard**
                                             **Suite 220**
                                             **Philadelphia, PA 19102**
                                  Phone No.: **215-545-0008**
                                    Fax No.: **215-545-0611**