

**Consumer Hotline**
844-856-6646

**3825 Forrestgate Drive, Winston Salem, NC 27103**
ConsumerContact@brockandscott.com
www.brockandscott.com

Andrew Spivack, Esquire
Bankruptcy Attorney

February 5, 2025

SENT VIA REGULAR MAIL AND E-MAILED TO:
BRAD J. SADEK, Esquire
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
Email: brad@sadeklaw.com

RE:    FLEMUEL BROWN, III
       Bankruptcy No. 23-11171-amc
       1702 North 62nd Street, Philadelphia, PA 19151
       Loan ending in

Dear Counselor:

Our client has advised us that payments have not been made in accordance with the terms of the Stipulation agreed to by the parties and approved by the Bankruptcy Court by an Order entered on April 1, 2024.

Pursuant to the terms of the Stipulation, your client has failed to make regular monthly payments, for the months of December 1, 2024 in the amount of $1,045.21, January 1, 2025 through February 1, 2025 in the amount of $1,800.39 each, less Debtor's suspense in the amount of $0.21. In order to cure this default, it will be necessary for your client to remit $4,645.78, representing payments past due under the terms of the Stipulation, within ten (10) days from the date of this letter.

Your client's payment to cure this default should be remitted to:

Cenlar FSB, Attn: Payment Processing
425 Phillips Blvd
Ewing, NJ 08618

If your client does not remit the above amount within the ten (10) day period, we will certify default with the Bankruptcy Court and request relief from the automatic stay.

Bankruptcy Dept.
Brock and Scott, PLLC

cc:

THIS COMMUNICATION IS FROM A DEBT COLLECTOR.  THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  IF YOU:  ARE A DEBTOR IN AN ACTIVE BANKRUPTCY CASE; ARE UNDER THE PROTECTION OF A BANKRUPTCY STAY; OR, HAVE RECEIVED A DISCHARGE IN BANKRUPTCY AND YOU HAVE NOT REAFFIRMED THE DEBT, THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY AND SHOULD NOT BE CONSTRUED AS AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

FLEMUEL BROWN, III

**Firstrust Bank**

| Loan Number: | | As Of: | 02/24/2025 |
|---|---|---|---|
| Last Name: | BROWN II | BK Filed: | 04/24/2023 |
| | | BK#: | 23-11171MDC |

| Post-Petition Payment | |
|---|---|
| Effective Date: | |
| 05/01/2023 | $1,045.21 |
| 10/01/2023 | $1,045.21 |
| 01/01/2025 | $1,800.39 |
| 01/00/1900 | $0.00 |
| 01/00/1900 | $0.00 |
| 01/00/1900 | $0.00 |
| 01/00/1900 | $0.00 |
| 01/00/1900 | $0.00 |

| Funds Tracking | | | Post-Petition Tracking | | | |
|---|---|---|---|---|---|---|
| Transaction Date | Amount | Fund Type (P-Post, T-Trustee, S-Stip Payment, B-Bypass BK) | Post Amount Received | Post Amount Applied (*Moves to PP PMT Suspense*) | Post-Petition Date Applied | Debtor Suspense |
| 05/26/2023 | $1,026.16 | p | $1,026.16 | | | $1,026.16 |
| | $1,026.16 | p | $1,026.16 | $1,045.21 | 05/01/2023 | $1,007.11 |
| 06/09/2023 | $60.00 | p | $60.00 | | | $1,067.11 |
| 07/07/2023 | $1,026.16 | p | $1,026.16 | $1,045.21 | 06/01/2023 | $1,048.06 |
| 07/11/2023 | $100.00 | P | $100.00 | $1,045.21 | 07/01/2023 | $102.85 |
| 07/24/2023 | $921.52 | P | $921.52 | | | $1,024.37 |
| 07/26/2023 | $20.00 | P | $20.00 | | | $1,044.37 |
| 08/22/2023 | $30.00 | P | $30.00 | $1,045.21 | 08/01/2023 | $29.16 |
| 08/22/2023 | $1,025.19 | p | $1,025.19 | $1,045.21 | 09/01/2023 | $9.14 |
| 02/20/2024 | $4,180.84 | p | $4,180.84 | | | $4,189.98 |
| | | | | $1,045.21 | 10/01/2023 | $3,144.77 |

| | | | | | $1,045.21 | 11/01/2023 | $2,099.56 |
|---|---|---|---|---|---|---|---|
| | | | | | $1,045.21 | 12/01/2023 | $1,054.35 |
| | | | | | $1,045.21 | 01/01/2024 | $9.14 |
| | $ (9.14) | p | | -$9.14 | | | $0.00 |
| | $ 9.14 | t | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| STIPULATION ORDER ENTERED | | | | | | | $0.00 |
| PROPOSED AO ENTERED FOR 2-3/24 @1045.21 E | | | | | | | $0.00 |
| FC NON RECOVERABLE PER PA ACT 91 | | | | | | | $0.00 |
| SUSP 9.71 | | | | | | | $0.00 |
| TOTAL TO PLAN 2383.97 | | | | | | | $0.00 |
| REG PMTS RESUME 4/1/24 | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| 03/28/2024 | $ 1,045.21 | p | | $1,045.21 | $1,045.21 | 04/01/2024 | $0.00 |
| | $ 1,045.21 | p | | $1,045.21 | $1,045.21 | 05/01/2024 | $0.00 |
| 06/14/2024 | $ 1,045.00 | p | | $1,045.00 | | | $1,045.00 |
| | $ 1,045.21 | p | | $1,045.21 | | | $2,090.21 |
| 06/21/2024 | $ (1,045.00) | p | | -$1,045.00 | | nsf | $1,045.21 |
| | | | | | | | $1,045.21 |
| | | | | | | | $1,045.21 |
| nod needed for 06/24-08/24 iao 1045.21 each | | | | | | | $1,045.21 |
| 09/11/2024 | $ 3,135.84 | p | | $3,135.84 | $1,045.21 | 06/01/2024 | $3,135.84 |
| | | p | | $0.00 | $1,045.21 | 07/01/2024 | $2,090.63 |
| | | p | | $0.00 | $1,045.21 | 08/01/2024 | $1,045.42 |
| | | p | | $0.00 | $1,045.21 | 09/01/2024 | $0.21 |
| 11/04/2024 | $ 1,045.21 | p | | $1,045.21 | $1,045.21 | 10/01/2024 | $0.21 |
| 12/02/2024 | $ 1,045.21 | p | | $1,045.21 | $1,045.21 | 11/01/2024 | $0.21 |
| 01/06/2025 | $ 1,071.00 | b | | | | | $0.21 |
| 02/03/2025 | $ 1,045.00 | p | | $1,045.00 | $1,045.21 | 12/01/2024 | $0.00 |
| 02/19/2025 | $ 2,568.00 | p | | $2,568.00 | $1,800.39 | 01/01/2025 | $767.61 |

|  |  |  |  |  |  |  | $767.61 |