IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE:<br>FLEMUEL BROWN, III<br>    Debtor | Case No. 23-11171 |
| Firstrust Bank,<br>    Movant | Chapter 13 |
| vs.<br>FLEMUEL BROWN, III<br>    Respondent | 11 U.S.C. §362 |

## ORDER MODIFYING SECTION §362 AUTOMATIC STAY

    Upon consideration of the Movant of Firstrust Bank (Movant), and after Notice of Default and the filing of a Certification of Default, it is:

    **ORDERED AND DECREED**: that Movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law; and it is further:

    **ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to 1702 North 62nd Street, Philadelphia, PA 19151 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further:

    **ORDERED** that the Trustee is directed to cease making any further distributions to the Movant; and it is further:

    **ORDERED** that Rule 4001(a)(4) is not applicable and Firstrust Bank may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;

    **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors and assignees.

                                                            _____
                                                             Derek J. Baker
                                                             U.S. BANKRUPTCY JUDGE

**Date: July 7, 2025**

FLEMUEL BROWN, III
1702 N. 62ND STREET
PHILADELPHIA, PA 19151

BRAD J. SADEK
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

KENNETH E. WEST
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107