# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>FLEMUEL BROWN, III<br><br>FLEMUEL BROWN, III,<br>    Movant<br><br>vs.<br><br>Firstrust Bank,<br>    Respondent | Case No. 23-11171-djb<br>Chapter 13 |

## RESPONSE TO MOTION TO RECONSIDER ORDER GRANTING RELIEF FROM STAY

Firstrust Bank, (herein, "Respondent") by and through undersigned counsel, hereby responds to the Motion to Reconsider Order Granting Relief from Stay [Doc. 68] filed on August 29, 2025 and in support thereof, shows unto the Court as follows:

**Jurisdiction**

    1-3.    Admitted.

**Background**

    4.    Admitted.

    5.    Admitted.

    6.    Admitted.

    7.    Admitted.

    8.    Denied. By way of further answer, Debtor is post-petition due for August 1, 2025 – present which totals $2,569.00. In addition to the $2,569.00 the debtor also owes $550.00 to

Respondent for attorney fees incurred regarding this Motion. The Total Amount needed to cure is $3,119.00. Attached hereto and marked as Exhibit A is a copy of the current payment history.

### Argument

9. Admitted.

10. Denied. By way of further answer, it is denied that the account is current. Since the Respondent has already rolled arrears into the plan with regard to the original Motion for Relief the Respondent will not agree to stipulate to cure any of the current arrears. Either the debtor cures the full arrears or the Court should deny the Motion in its entirety.

11. Denied.

**WHEREFORE**, Respondent respectfully requests that this Honorable Court deny the Motion to Reconsider Order Granting Relief from Stay and for any other relief the Court deems just and proper.

This the 12th day of September, 2025

/s/Andrew Spivack
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

L.B.F. 9014-4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>FLEMUEL BROWN, III<br><br>Firstrust Bank,<br>     Movant<br><br>vs.<br><br>FLEMUEL BROWN, III ,<br>     Debtor | Case No. 23-11171-djb<br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on September 16, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Response to Debtor's Motion to Reconsider Order Granting Relief

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: September 16, 2025

/s/Andrew Spivack
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Ryan Srnik, PA Bar No. 334854
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646

                Facsimile: (704) 369-0760
                E-Mail: PABKR@brockandscott.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

BRAD J. SADEK, Debtor's Attorney
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com
Debtor's Attorney
Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
  ☐ Other:

KENNETH E. WEST,
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee
Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
  ☐ Other:

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107
US Trustee
Via: ☒ CM/ECF ☐ 1st Class Mail ☐ Certified Mail ☐ e-mail:
  ☐ Other:

FLEMUEL BROWN, III
1702 N. 62ND STREET
PHILADELPHIA, PA 19151
Debtor
Via: ☐ CM/ECF ☒ 1st Class Mail ☐ Certified Mail ☐ e-mail:
  ☐ Other: