# EXHIBIT

## A

| Loan Number: | | As Of: | 09/10/2025 |
|---|---|---|---|
| Last Name: | | BK Filed: | 04/24/2023 |
| | | BK#: | 23-11171MDC |

| Post-Petition Pa | |
|---|---|
| Effective Date: | |
| 05/01/202 | |
| 10/01/202 | |
| 01/01/20 | |
| 03/01/20 | |
| 04/01/20 | |
| 01/00/1 | |
| 01/00/1 | |
| 01/00/1 | |

| Funds Tracking | | | Post-Petition Tracking | | | |
|---|---|---|---|---|---|---|
| Transa | mount | Fund Type (P-Post, T-Trustee, S-Stip Payment, -Bypass BK) | Post Amount Received | Post Amount Applied (*Moves to PP PMT Suspense*) | Post-Petition Date Applied | Debtor Suspense |
| 05/26/ | | | $1,026.16 | | | $1,026.16 |
| | | | $1,026.16 | $1,045.21 | 05/01/2023 | $1,007.11 |
| 06/09/20 | | | $60.00 | | | $1,067.11 |
| 07/07/202 | | | $1,026.16 | $1,045.21 | 06/01/2023 | $1,048.06 |
| 07/11/2023 | | | $100.00 | $1,045.21 | 07/01/2023 | $102.85 |
| 07/24/2023 | $ | | $921.52 | | | $1,024.37 |
| 07/26/2023 | $ | | $20.00 | | | $1,044.37 |
| 08/22/2023 | $ | | $30.00 | $1,045.21 | 08/01/2023 | $29.16 |
| 08/22/2023 | $ | | $1,025.19 | $1,045.21 | 09/01/2023 | $9.14 |
| 02/20/2024 | $ 4, | | $4,180.84 | | | $4,189.98 |
| | | | | $1,045.21 | 10/01/2023 | $3,144.77 |
| | | | | $1,045.21 | 11/01/2023 | $2,099.56 |
| | | | | $1,045.21 | 12/01/2023 | $1,054.35 |
| | | | | $1,045.21 | 01/01/2024 | $9.14 |
| | $ (9.14) | | -$9.14 | | AO SUSP | $0.00 |
| | $ 9.14 | t | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| STIPULATION ORDER ENTERED | | | | | | $0.00 |
| PROPOSED AO ENTERED FOR 2-3/24 @1 | | | | | | $0.00 |
| FC NON RECOVERABLE  PER PA ACT 91 | | | | | | $0.00 |
| SUSP 9.14 | | | | | | $0.00 |
| TOTAL TO PLAN 2383.97 | | | | | | $0.00 |
| REG PMTS RESUME 4/1/24 | | | | | | $0.00 |
| | | | | | | $0.00 |
| 03/28/2024 | $ 1,045.21 | p | $1,045.21 | $1,045.21 | 04/01/2024 | $0.00 |

| Date | Amount | Type | Applied | Contractual | Due Date | Balance |
|---|---|---|---|---|---|---|
| | $ 1,045.21 | p | $1,045.21 | $1,045.21 | 05/01/2024 | $0.00 |
| 06/14/2024 | $ 1,045.00 | p | $1,045.00 | | | $1,045.00 |
| | $ 1,045.21 | p | $1,045.21 | | | $2,090.21 |
| 06/21/2024 | $ (1,045.00) | p | -$1,045.00 | | nsf | $1,045.21 |
| | | | | | | $1,045.21 |
| | | | | | | $1,045.21 |
| nod needed for 06/24-08/24 iao 1045.21 each | | | | | | $1,045.21 |
| 09/11/2024 | $ 3,135.84 | p | $3,135.84 | $1,045.21 | 06/01/2024 | $3,135.84 |
| | | p | $0.00 | $1,045.21 | 07/01/2024 | $2,090.63 |
| | | p | $0.00 | $1,045.21 | 08/01/2024 | $1,045.42 |
| | | p | $0.00 | $1,045.21 | 09/01/2024 | $0.21 |
| 11/04/2024 | $ 1,045.21 | p | $1,045.21 | $1,045.21 | 10/01/2024 | $0.21 |
| 12/02/2024 | $ 1,045.21 | p | $1,045.21 | $1,045.21 | 11/01/2024 | $0.21 |
| 01/06/2025 | $ 1,071.00 | b | | | | $0.21 |
| 02/03/2025 | $ 1,045.00 | p | $1,045.00 | $1,045.21 | 12/01/2024 | $0.00 |
| 02/19/2025 | $ 2,568.00 | p | $2,568.00 | $1,800.39 | 01/01/2025 | $767.61 |
| 04/08/2025 | $ 1,045.21 | P | $1,045.21 | $1,800.39 | 02/01/2025 | $12.43 |
| 05/08/2025 | $ 1,045.00 | P | $1,045.00 | | | $1,057.43 |
| 06/13/2025 | $ 3,135.00 | p | $3,135.00 | | | $4,192.43 |
| 06/18/2025 | | p | $0.00 | $1,395.32 | 03/01/2025 | $2,797.11 |
| 06/18/2025 | | p | $0.00 | $1,284.50 | 04/01/2025 | $1,512.61 |
| 06/20/2025 | | b | | $1,284.50 | 05/01/2025 | $228.11 |
| | | | | | | $228.11 |
| | | | | | | $228.11 |
| | | | | | | $228.11 |
| relief granted | | | | | | $228.11 |
| | | | | $228.11 | ESCROW | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| 08/05/2025 | $ 2,342.00 | b | | | applied contractu | $0.00 |
| | | | | | | $0.00 |
| | | | | | | $0.00 |
| 08/15/2025 | $ 1,284.50 | p | $1,284.50 | $1,284.50 | 06/01/2025 | $0.00 |
| | | | | | | $0.00 |
| mt to reconsider | | | | | | $0.00 |
| | | | | | | $0.00 |
| 09/08/2025 | $ 1,284.50 | p | $1,284.50 | $1,284.50 | 07/01/2025 | $0.00 |
| | | | | | | $0.00 |