**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE:<br>FLEMUEL BROWN, III<br>　　　　Debtor | Case No. 23-11171-djb |
| | Chapter 13 |
| Firstrust Bank,<br><br>　　Movant | |
| vs.<br>FLEMUEL BROWN, III<br>　　　　Respondent | 11 U.S.C. §362 |

**STIPULATION IN SETTLEMENT OF MOTION VACATING RELIEF**

It is hereby stipulated by and between Brock & Scott, PLLC, counsel for the Movant, Firstrust Bank, and Michael I. Assad, Esquire, counsel for the Debtor(s), as follows:

1.　　The Order Granting Relief from Stay on July 7, 2025 (Doc. No. 66), is hereby vacated.

2.　　This Stipulation pertains to the property located at 1702 North 62nd Street, Philadelphia, PA 19151, mortgage account ending with "6989".

3.　　The Stipulation filed with the court on March 29, 2024, and approved by the Court on March 29, 2024, shall remain in full force.

4.　　The parties agree that the new total post-petition arrearage consists of attorney fees in the amount of $550.00, less suspense in the amount of $1.11, resulting in the total post-petition arrearage amount of $548.89.

5.　　The Debtor will submit a full lump sum payment in the amount of $548.89 to cure post-petition default by 10/31/2025.

6.　　Debtor agrees to remain current post-petition from this day forward. Beginning November 1, 2025, in the amount of $1,284.50, all subsequent monthly payments and late charges shall be due in accordance with the terms of the Mortgage. All payments made pursuant to this Stipulation shall be by certified check or money order payable to **CENLAR FSB, CENLAR FSB, ATTN: PAYMENT PROCESSING, 425 PHILLIPS BLVD, EWING, NJ 08618.**

7.　　The parties agree that a facsimile signature shall be considered an original signature.

Dated: <u>October 21, 2025</u>

<u>/s/ *Andrew Spivack.*</u>
Andrew Spivack, Esq.
Attorney for Movant


<u>/s/ Michael I. Assad</u>
MICHAEL I. ASSAD, Esquire
Attorney for Debtor(s)

 No Objection

<u>/s/ LeeAne O. Huggins</u>
KENNETH E. WEST, Esquire
Trustee