

**BROCK & SCOTT**
PLLC

| | |
|---|---|
| **Consumer Hotline** | **3825 Forrestgate Drive, Winston Salem, NC 27103** |
| 844-856-6646 | **ConsumerContact@brockandscott.com** |
| | **www.brockandscott.com** |

Andrew Spivack, Esquire
Bankruptcy Attorney

January 12, 2026

SENT VIA REGULAR MAIL AND E-MAILED TO:
BRAD J SADEK, Esquire
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
Email: brad@sadeklaw.com

  RE:    FLEMUEL BROWN, III
         Bankruptcy No. 23-11171-djb
         1702 North 62nd Street, Philadelphia, PA 19151
         Loan ending in 6989

Dear Counselor:

Our client has advised us that payments have not been made in accordance with the terms of the Stipulation agreed to by the parties and approved by the Bankruptcy Court by an Order entered on April 1, 2024.

Pursuant to the terms of the Stipulation, your client has failed to make regular monthly payments, for the months of December 1, 2025 in the amount of $1,284.50 and January 1, 2026 in the amount of $1,282.45. In order to cure this default, it will be necessary for your client to remit $2,566.95, representing payments past due under the terms of the Stipulation, within ten (10) days from the date of this letter.

Your client's payment to cure this default should be remitted to:

Cenlar FSB, Attn: Payment Processing
425 Phillips Blvd
Ewing, NJ 08618

If your client does not remit the above amount within the ten (10) day period, we will certify default with the Bankruptcy Court and request relief from the automatic stay.

Bankruptcy Dept.
Brock and Scott, PLLC

cc:

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU: ARE A DEBTOR IN AN ACTIVE BANKRUPTCY CASE; ARE UNDER THE PROTECTION OF A BANKRUPTCY STAY; OR, HAVE RECEIVED A DISCHARGE IN BANKRUPTCY AND YOU HAVE NOT REAFFIRMED THE DEBT, THIS NOTICE IS FOR INFORMATIONAL PURPOSES ONLY AND SHOULD NOT BE CONSTRUED AS AN ATTEMPT TO COLLECT A DEBT FROM YOU PERSONALLY.

FLEMUEL BROWN, III

**Firstrust Bank**