**Fill in this information to identify the case:**

Debtor 1    FLEMUEL BROWN, III
Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania
Case number 23-11171-djb

Official Form 410S1
**Notice of Mortgage Payment Change**    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Firstrust Bank

**Last four digits** of any number you use to identify the debtor's account: 6989

**Court claim no**. (if known): 13

**Date of payment change:**    04/01/2025
Must be at least 21 days after date of this notice

**New total payment:**    $1,284.50
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**
☐ No
☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $ 653.30    **New escrow payment:**    $ 542.48

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
☒ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:** _____ %    **New interest rate:** _____ %

**Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

Debtor1  FLEMUEL BROWN, III
         First Name   Middle Name   Last Name

Case number *(if known)* 23-11171-djb

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✖ */s/ Andrew Spivack*
  Signature

Date  03/06/2025

**Print:** **Andrew Spivack (84439)**
         First Name   Middle Name   Last Name

Title  Attorney

Company  Brock & Scott, PLLC

Address  3825 Forrestgate Dr.
         Number        Street

Winston-Salem, NC 27103
City    State    ZIP Code

Contact phone  844-856-6646

Email  PABKR@brockandscott.com

Official Form 410S1                Notice of Mortgage Payment Change                page 2

L.B.F. 9014-4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>FLEMUEL BROWN, III<br><br>FIRSTRUST BANK,<br><br>    Movant<br><br>vs.<br><br>FLEMUEL BROWN, III ,<br>    Debtor | Case No. 23-11171-djb<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that on March 3, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Mortgage Payment Change

I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: March 6, 2025

/s/Andrew Spivack
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Ryan Srnik, PA Bar No. 334854
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

_____

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

BRAD J. SADEK, Debtor's Attorney
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

brad@sadeklaw.com
Debtor's Attorney
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

KENNETH E. WEST,
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
US Trustee
Via:    ☒ CM/ECF    ☐ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

FLEMUEL BROWN, III
1702 N. 62ND STREET
PHILADELPHIA, PA 19151
Debtor
Via:    ☐ CM/ECF    ☒ 1st Class Mail    ☐ Certified Mail    ☐ e-mail:
        ☐ Other:

# ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

**FIRSTRUST BANK**
PO Box 77404
Ewing, NJ 08628

Statement Date: 01/10/2025

Loan Number: █████

FLEMUEL BROWN III
1702 N 62ND ST
PHILADELPHIA PA  19151-3435

## Summary

As you know, we are required to maintain an escrow account which is used to pay your real estate taxes and/or insurance premiums. This account must be analyzed annually to determine whether enough funds are being collected monthly, and whether the account has a shortage or surplus based on the anticipated activity.

### Annual Escrow Review

| Escrow Item | Expected to Pay | Change | Now Expect to Pay |
|---|---|---|---|
| INSURANCE | $3,872.00 | | $3,872.00 |
| HAZARD INS | | | $3,872.00 |
| TAXES | $862.28 | | $862.28 |
| CNTY,CTY,SCH | | | $862.28 |
| TOTAL DISBURSEMENTS | $4,734.28 | | $4,734.28 |

### Monthly Payment Comparison

| Payment Itemization | Current 10/01/2024 | New 04/01/2025 |
|---|---|---|
| Principal and Interest | $742.02 | $742.02 |
| Escrow Deposit | $303.19 | $394.53 |
| Escrow Shortage | | $147.95 |
| Total Payment | $1,045.21 | $1,284.50 |

## Contractual Account History

This section is the actual activity that occurred from 12/2024 through 02/2025. It represents the period of time between the last analysis statement date and the last analysis effective date.

| MONTH | Actual Escrow PAYMENTS | Actual Escrow DISBURSEMENTS | Actual Escrow DESCRIPTION | BALANCE |
|---|---|---|---|---|
| | | | BEGINNING BALANCE | -$4,855.20 |
| Jan 2025 | $1,071.00 | | | -$3,784.20 |

The following statement of activity in your escrow account from 03/25 through 03/25 displays actual activity as it occurred in your escrow account during that period. Your monthly mortgage payment was $1,045.21 and $303.19 went into your escrow account. If you received Account Projections with a prior analysis, they are included again here for comparison.

| Date | DEPOSITS TO ESCROW Projected | Actual | PAYMENTS FROM ESCROW Projected | Actual | Description | ESCROW BALANCE Projected | Actual |
|---|---|---|---|---|---|---|---|
| | | | | | BEGINNING BALANCE | $1,578.03 | -$757.89 |
| Mar 2025 (estimate) | $394.53 | $653.30* | $862.28 | $862.28 | CNTY,CTY,SCH | $1,110.28 | -$966.87 |
| Apr 2025 | $394.53 | * | | | | $1,504.81 | |
| May 2025 | $394.53 | * | | | | $1,899.34 | |
| Jun 2025 | $394.53 | * | | | | $2,293.87 | |
| Jul 2025 | $394.53 | * | | | | $2,688.40 | |
| Aug 2025 | $394.53 | * | | | | $3,082.93 | |
| Sep 2025 | $394.53 | * | | | | $3,477.46 | |
| Oct 2025 | $394.53 | * | | | | $3,871.99 | |
| Nov 2025 | $394.53 | * | | | | $4,266.52 | |
| Dec 2025 | $394.53 | * | $3,872.00 | * | HAZARD INS | $789.05 | |
| Jan 2026 | $394.53 | * | | | | $1,183.58 | |
| Feb 2026 | $394.53 | * | | | | $1,578.11 | |
| Totals | $4,734.36 | $653.30 | $4,734.28 | $862.28 | | | |

An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date. Please note since mortgage insurance is paid monthly on the annual renewal date of the premium and PMI is paid monthly for the prior month's premium, additional asterisks report in the Account History for these items, if applicable.

The "estimate" under any of the dates indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.




Representation of Printed Document
Case 23-11171-djb    Doc    Filed 03/06/25    Entered 03/06/25 20:41:03    Desc Main
Document    Page 6 of 8
YOUR ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
LOAN NUMBER:
PAGE 2 / 4





Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $4,734.28. Under Federal Law, your lowest monthly balance should not have exceeded $789.05, or 1/6th of total anticipated payments from the account, unless your loan contract or State law specifies a lower amount.

Under your loan contract and State law your lowest monthly balance should not have exceeded $789.05.

## Post-Petition Account History

The post-petition escrow account balance includes the amount of escrow set forth in the filed Proof of Claim. Payments made pursuant to your Bankruptcy Plan and the filed Proof of Claim will be credited to your account while the loan remains in an active bankruptcy until the pre-petition escrow amount is paid in full per the terms of the Bankruptcy Plan and the filed Proof of Claim. The following information reflects the actual post-petition funds credited to your escrow account. The "estimate" under any of the dates indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

| DATE | PAYMENTS TO ESCROW | DISBURSEMENT FROM ESCROW | DESCRIPTION | POST-PETITION ESCROW BALANCE |
|---|---|---|---|---|
| | | | BEGINNING BALANCE AS OF 12/16/2024 | -$3,947.10 |
| Jan 2025 (estimate) | $2,432.56 | | | -$1,514.54 |
| Feb 2025 (estimate) | $1,058.37 | | | -$456.17 |
| Mar 2025 (estimate) | $653.30 | $862.28 | CNTY,CTY,SCH | -$665.15 |
| TOTALS | $4,144.23 | $862.28 | | |

## Account Projections

The following estimate of activity in your escrow account from 04/25 through 03/26 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Contractual and Post-Petition Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account Balance displays the amount actually required to be on hand as specified by Federal law, State law and your loan documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year. The below projection includes funds applied during your active bankruptcy case.

| Date | Anticipated Amount to Escrow | Anticipated Amount from Escrow | Description | Projected Contractual Escrow Balance | Projected Post-Petition Escrow Balance | Required Escrow Balance |
|---|---|---|---|---|---|---|
| | | | BEGINNING BALANCE | -$966.87 | -$665.15 | $1,110.28 |
| Apr 2025 | $394.53 | | | -$572.34 | -$270.62 | $1,504.81 |
| May 2025 | $394.53 | | | -$177.81 | $123.91 | $1,899.34 |
| Jun 2025 | $394.53 | | | $216.72 | $518.44 | $2,293.87 |
| Jul 2025 | $394.53 | | | $611.25 | $912.97 | $2,688.40 |
| Aug 2025 | $394.53 | | | $1,005.78 | $1,307.50 | $3,082.93 |
| Sep 2025 | $394.53 | | | $1,400.31 | $1,702.03 | $3,477.46 |
| Oct 2025 | $394.53 | | | $1,794.84 | $2,096.56 | $3,871.99 |
| Nov 2025 | $394.53 | | | $2,189.37 | $2,491.09 | $4,266.52 |
| Dec 2025 | $394.53 | $3,872.00 | HAZARD INS | -$1,288.10 | -$986.38 | $789.05 |
| Jan 2026 | $394.53 | | | -$893.57 | -$591.85 | $1,183.58 |
| Feb 2026 | $394.53 | | | -$499.04 | -$197.32 | $1,578.11 |
| Mar 2026 | $394.53 | $862.28 | CNTY,CTY,SCH | -$966.79 | -$665.07 | $1,110.36 |
| TOTALS | $4,734.36 | $4,734.28 | | | | |

**Your Projected Escrow Account Balance as of 03/31/25 is -$966.87. Your Required Beginning Escrow Balance according to this analysis should be $1,110.28.**

This means you have a Shortage of $1,775.43 Per Federal law, the shortage may be collected from you over 12 months or more unless it is less than 1 month's deposit. If so, we may require payment within 30 days. We will collect the shortage over 12 months.

Once during this period, your Required Escrow Account Balance should be reduced to $789.05 as shown in December. This amount represents the cushion selected by us as allowed by your loan contract, Federal and State law.

## New Loan Payment                                                                PE

| Your new payment consists of: | | |
|---|---|---|
| | Principal & Interest (P & I) | $742.02 |
| | Escrow Deposit | $394.53 |
| | **Escrow Shortage** | **$147.95** |
| **NEW LOAN PAYMENT** | Beginning on April 01, 2025 | $1,284.50 |



YOUR ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
LOAN NUMBER:

PAGE
3 / 4




## Customer Service

firstrust.loanadministration.com

**Live Chat:** Find all your loan information online. Still have questions? Use Live Chat on the website to speak with one of our representatives.

**Correspondence**

PO Box 77423
Ewing, NJ 08628

**Hours of Operation**

8:30 AM - 8:00 PM ET M-F

**Telephone**

800-229-0272

We accept telecommunications relay service calls.



YOUR ANNUAL ESCROW ACCOUNT DISCLOSURE <u>STATEMENT</u>
LOAN NUMBER: ███████

<u>PAGE</u>
███

 

## Important Information

### AUTOPAY HOMEOWNERS

If you're enrolled in Autopay, any additional principal deductions you have previously authorized are not included in the above listed new payment amount. However, until we are otherwise advised, the authorized additional principal amount will continue to be withdrawn from your account.

### ADJUSTABLE RATE MORTGAGE CUSTOMERS

If your loan has an adjustable interest rate, your monthly principal and interest payment may change prior to your next Escrow Analysis.

### INSURANCE RENEWAL/CHANGING INSURANCE

Upload proof of insurance coverage at www.mycoverageinfo.com/Cen300. Your insurance documents can also be sent to us via the following methods: Email: Cen300@mycoverageinfo.com or mail to: PO Box 202028, Florence, SC 29502-2028.

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS LOAN STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT INDEBTEDNESS AS YOUR PERSONAL OBLIGATION.**