**Fill in this information to identify the case:**

Debtor 1   FLEMUEL BROWN, III
Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Pennsylvania
Case number 23-11171-djb

Official Form 410S1
## Notice of Mortgage Payment Change     12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor:** Firstrust Bank | **Court claim no.** (if known): 13 |
| **Last four digits** of any number you use to identify the debtor's account:  6989 | **Date of payment change:** 01/01/2026<br>Must be at least 21 days after date of this notice |
| | **New total payment:**  $1,282.45<br>Principal, interest, and escrow, if any<br>*For HELOC payment amounts, see Part 3* |

### Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   ☐ No
   ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:** $ 542.48    **New escrow payment:**    $ 540.43

### Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?
   ☒ No
   ☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:** _____%          **New interest rate:** _____%

   **Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

### Part 3:  Annual HELOC Notice

3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?
   ☒ No
   ☐ Yes.
   **Current HELOC payment:**  $ _____
   **Reconciliation amount:**   + $ _____ or
                                 - $ _____
   **Amount of next payment (including reconciliation amount)**           $ _____
   **Amount of the new payment thereafter (without reconciliation amount)**   $ _____

### Part 4:  Other Payment Change

Official Form 410S1            Notice of Mortgage Payment Change            page 1

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ ____    **New mortgage payment:** $ _____

---

Debtor1  **FLEMUEL BROWN, III**
First Name    Middle Name    Last Name

Case number *(if known)* 23-11171-djb

### Part 5:    Sign Here

The person completing this Notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ **/s/ Andrew Spivack**
Signature

Date 12/11/2025

**Print: Andrew Spivack (84439)**
First Name    Middle Name    Last Name

Title  Attorney

Company  Brock & Scott, PLLC

Address  3825 Forrestgate Dr.
Number    Street

Winston-Salem, NC 27103
City    State    ZIP Code

Contact phone  844-856-6646

Email  PABKR@brockandscott.com

**L.B.F. 9014-4**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>FLEMUEL BROWN, III<br><br>Firstrust Bank,<br><br>    Movant<br><br>vs.<br><br>FLEMUEL BROWN, III ,<br>    Debtor | Case No. 23-11171-djb<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

    I, the undersigned, certify that on December 11, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Notice of Mortgage Payment Change

    I certify under penalty of perjury that the above document was sent using the mode of service indicated.

Date: December 11, 2025

                                                      */s/Andrew Spivack*
                                                      Andrew Spivack, PA Bar No. 84439
                                                      Mario Hanyon, PA Bar No. 203993
                                                      Jay Jones, PA Bar No. 86657
                                                      Attorney for Creditor
                                                      BROCK & SCOTT, PLLC
                                                      3825 Forrestgate Drive
                                                      Winston Salem, NC 27103
                                                      Telephone: (844) 856-6646
                                                      Facsimile: (704) 369-0760
                                                      E-Mail: PABKR@brockandscott.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Brad J. Sadek, Debtor's Attorney
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com
Debtor's Attorney
Via:      ☒ CM/ECF      ☐ 1st Class Mail      ☐ Certified Mail      ☐ e-mail:
          ☐ Other:

Kenneth E. West,
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee
Via:      ☒ CM/ECF      ☐ 1st Class Mail      ☐ Certified Mail      ☐ e-mail:
          ☐ Other:

Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street Suite 320
Philadelphia, PA 19107
US Trustee
Via:      ☒ CM/ECF      ☐ 1st Class Mail      ☐ Certified Mail      ☐ e-mail:
          ☐ Other:

Flemuel Brown, III
1702 N. 62nd Street
Philadelphia, PA 19151
Debtor
Via:      ☐ CM/ECF      ☒ 1st Class Mail      ☐ Certified Mail      ☐ e-mail:
          ☐ Other:



PO Box 77404
Ewing, NJ 08628
**FORWARDING SERVICE REQUESTED**

FLEMUEL BROWN III
1702 N 62ND ST
PHILADELPHIA PA  19151-3435

# YOUR ESCROW ACCOUNT HAS
## A SHORTAGE

11/14/2025                                              LOAN NUMBER:

Each year, we perform an analysis of your escrow account to ensure that there are enough funds to meet the required minimum balance to pay your projected taxes and insurance premiums. If there are not enough funds in your escrow account to do so, it is considered to have a shortage. Your escrow account has a shortage in the amount of **$1,061.28**.

### What are my options?

 **Take No Action and Pay Over Time**           OR            **Pay the Shortage in Full**

Your shortage of **$1,061.28** will automatically be divided evenly over your next **12** mortgage payments.

Starting **January 01, 2026**, your new monthly mortgage payment amount will be **$1,282.45**.

You can choose to pay your full shortage amount of **$1,061.28**.

Starting **January 01, 2026**, your new monthly mortgage payment amount will be **$1,194.01**.

**AUTOPAY HOMEOWNERS:** If you have elected for us to deduct your monthly payment from your checking or savings account, we will automatically update the payment amount for you.

**ONLINE BILL PAY HOMEOWNERS:** If you make your monthly payment through an online bill pay service, please do not forget to update your payment amount.

---

If you would like to pay the shortage now:

**PAY ONLINE**                OR          **MAIL**

**firstrust.loanadministration.com**
▷ Select "**Payment.**"
▷ Choose "**Make an Additional Payment.**"
▷ Enter shortage amount of **$1,061.28** on the "**Additional Escrow**" line to make your escrow payment.
▷ Agree to Terms and Conditions and "**Confirm Payment.**"

Mail a check with the coupon below.

---

FLEMUEL BROWN III
1702 N 62ND STREET
PHILADELPHIA PA 19151



| LOAN NUMBER | SHORTAGE AMOUNT |
|---|---|
|  | **$1,061.28** |

If you choose to pay your escrow shortage of **$1,061.28** in full, your new loan payment amount will be **$1,194.01**. Please include your loan number on your check. Make payable to **Firstrust Bank** and send to:

PAYMENT PROCESSING CENTER
PO Box 11733
Newark, NJ  07101-4733

BACK PAGE

# ANNUAL ESCROW ACCOUNT
# DISCLOSURE STATEMENT

**F1RSTRUST BANK**

PO Box 77404
Ewing, NJ 08628
**FORWARDING SERVICE REQUESTED**

FLEMUEL BROWN III
1702 N 62ND ST
PHILADELPHIA PA  19151-3435

| | |
|---|---|
| Property Address | 1702 N 62ND STREET PHILADELPHIA PA 19151 |
| Statement Date | 11/14/2025 |
| Loan Number | |
| New Mortgage Payment Amount | $1,282.45 |
| New Payment Effective Date | 01/01/2026 |

## Overview

Each year, we perform an analysis of your escrow account to ensure that there are enough funds to meet the required minimum balance to pay your projected taxes and insurance premiums. This Annual Escrow Account Disclosure Statement details our findings.

▷ **Results of Our Analysis:** You have a **SHORTAGE**. Your escrow account balance is expected to fall below the required minimum balance.

▷ **What This Means for You:** Your shortage will be spread over **12** months and included in your monthly payment.

▷ **Your Future Monthly Payment:** Your payments will **decrease**, based on our escrow analysis projections for the next calendar year.

Your escrow account has a shortage in the amount of

**$1,061.28**

## Why do I have a shortage?

Below is a summary of your recent escrow activity. For more information about why your taxes or insurance premium adjusted, please contact your taxing authority or your insurance company.

For more details on how any insurance and/or tax adjustments will affect your future payments, please see the **Escrow Account Projections** section.

### Annual Escrow Review

| Escrow Item | Expected to Pay | Change | Now Expect to Pay |
|---|---|---|---|
| **INSURANCE** | $3,872.00 | + | $4,472.00 |
| HAZARD INS | | | $4,472.00 |
| **TAXES** | $862.00 | + | $951.87 |
| CNTY,CTY,SCH | | | $951.87 |
| **TOTAL DISBURSEMENTS** | $4,734.28 | + | $5,423.87 |

### Monthly Payment Comparison

| Payment Itemization | Current 09/01/2025 | New 01/01/2026 |
|---|---|---|
| Principal and Interest | $742.02 | $742.02 |
| Escrow Deposit | $542.48 | $451.99 |
| Escrow Shortage | | $88.44 |
| **Total Payment** | **$1,284.50** | **$1,282.45** |

## How was my shortage determined?

PE

A shortage occurs when your lowest projected escrow balance is less than your required minimum balance. This is determined by simply subtracting the **Required Minimum Balance** from the lowest **Projected Escrow Balance**, as highlighted in the **Escrow Account Projections** section.

Your required minimum balance is determined by federal law, state law and your loan contract and includes a payment cushion of up to two months of escrow payments to help cover any increase in taxes and/or insurance.

Your current payment cushion is **$903.98.**

**REQUIRED MINIMUM BALANCE**       $903.98
Balance 12/2026

**ESCROW SHORTAGE**       **$1,061.28**





 

## Escrow Account History

This section is the actual activity that occurred from 01/2025 through 03/2025. It represents the period of time between the last analysis statement date and the last analysis effective date.

| MONTH | Actual Escrow PAYMENTS | Actual Escrow DISBURSEMENTS | Actual Escrow DESCRIPTION | BALANCE |
|---|---|---|---|---|
| | | | BEGINNING BALANCE | -$3,784.20 |
| Feb 2025 | $606.38 | | | -$3,177.82 |
| Mar 2025 | | $951.87 | CNTY,CTY,SCH | -$4,129.69 |

**Escrow account activity from April 2025 to December 2025**
This section details your actual escrow account activity for the review period, which may help explain any changes to your payment.

| Date | DEPOSITS TO ESCROW Projected | DEPOSITS TO ESCROW Actual | PAYMENTS FROM ESCROW Projected | PAYMENTS FROM ESCROW Actual | Description | ESCROW BALANCE Projected | ESCROW BALANCE Actual |
|---|---|---|---|---|---|---|---|
| | | | | | BEGINNING BALANCE | $1,110.28 | -$4,129.69 |
| Apr 2025 | $394.53 | $303.19* | | | | $1,504.81 | -$3,826.50 |
| May 2025 | $394.53 | * | | | | $1,899.34 | -$3,826.50 |
| Jun 2025 | $394.53 | $2,770.04* | | | | $2,293.87 | -$1,056.46 |
| Jul 2025 | $394.53 | $715.83* | | | | $2,688.40 | -$340.63 |
| Aug 2025 | $394.53 | $1,400.44* | | | | $3,082.93 | $1,059.81 |
| Sep 2025 | $394.53 | $542.48* | | | | $3,477.46 | $1,602.29 |
| Oct 2025 | $394.53 | $542.48* | | | | $3,871.99 | $2,144.77 |
| Nov 2025 (estimate) | $394.53 | $1,627.44* | | | | $4,266.52 | $3,772.21 |
| Dec 2025 (estimate) | $394.53 | $542.48* | $3,872.00 | $4,472.00* | HAZARD INS | $789.05 | -$157.31 |
| Jan 2026 | $394.53 | * | | | | $1,183.58 | |
| Feb 2026 | $394.53 | * | | | | $1,578.11 | |
| Mar 2026 | $394.53 | * | $862.28 | * | CNTY,CTY,SCH | $1,110.36 | |
| **Totals** | **$4,734.36** | **$8,444.38** | **$4,734.28** | **$4,472.00** | | | |

An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date. Please note since mortgage insurance is paid monthly on the annual renewal date of the premium and PMI is paid monthly for the prior month's premium, additional asterisks report in the Account History for these items, if applicable.

The "estimate" under any of the dates indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $4,734.28. Under Federal Law, your lowest monthly balance should not have exceeded $789.05, or 1/6th of total anticipated payments from the account, unless your loan contract or State law specifies a lower amount. Under your loan contract and State law your lowest monthly balance should not have exceeded $789.05.

## Escrow Account Projections

This section provides an estimate of all payments we anticipate receiving as well as what we expect to pay on your behalf in the next year. The lowest projected balance and required minimum balance are highlighted for reference.

**Escrow account projections from January 2026 to December 2026**

| DATE | PAYMENTS TO ESCROW | WHAT WE EXPECT TO PAY | DESCRIPTION | PROJECTED ESCROW BALANCE | REQUIRED ESCROW BALANCE |
|---|---|---|---|---|---|
| | | | BEGINNING BALANCE | -$157.31 † | $903.97 |
| Jan 2026 | $451.99 | | | $294.68 | $1,355.96 |
| Feb 2026 | $451.99 | | | $746.67 | $1,807.95 |
| Mar 2026 | $451.99 | $951.87 | CNTY,CTY,SCH | $246.79 | $1,308.07 |
| Apr 2026 | $451.99 | | | $698.78 | $1,760.06 |
| May 2026 | $451.99 | | | $1,150.77 | $2,212.05 |
| Jun 2026 | $451.99 | | | $1,602.76 | $2,664.04 |
| Jul 2026 | $451.99 | | | $2,054.75 | $3,116.03 |
| Aug 2026 | $451.99 | | | $2,506.74 | $3,568.02 |
| Sep 2026 | $451.99 | | | $2,958.73 | $4,020.01 |




ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
LOAN NUMBER

PAGE 3 / 4

| DATE | PAYMENTS TO ESCROW | WHAT WE EXPECT TO PAY | DESCRIPTION | PROJECTED ESCROW BALANCE | REQUIRED ESCROW BALANCE |
|---|---|---|---|---|---|
| Oct 2026 | $451.99 | | | $3,410.72 | $4,472.00 |
| Nov 2026 | $451.99 | | | $3,862.71 | $4,923.99 |
| Dec 2026 | $451.99 | $4,472.00 | HAZARD INS | -$157.30 | $903.98 |
| TOTALS | $5,423.88 | $5,423.87 | | | |

† Your beginning account balance is negative, which means your account has a deficiency. We will collect this deficiency over 12 months, as part of your shortage.

## New Loan Payment

Your new payment consists of:

| | | |
|---|---|---|
| | Principal & Interest (P & I) | $742.02 |
| | Escrow Deposit | $451.99 |
| | **Escrow Shortage** | **$88.44** |
| **NEW LOAN PAYMENT** | Beginning on January 01, 2026 | $1,282.45 |

## Customer Service

firstrust.loanadministration.com

**Live Chat:** Find all your loan information online. Still have questions? Use Live Chat on the website to speak with one of our representatives.

**Correspondence**

PO Box 77423
Ewing, NJ 08628

**Hours of Operation**

8:30 AM - 8:00 PM ET M-F

**Telephone**

800-229-0272

We accept telecommunications relay service calls.



ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
LOAN NUMBER

PAGE
4 / 4

 

## Important Information

**AUTOPAY HOMEOWNERS**

If you're enrolled in Autopay, any additional principal deductions you have previously authorized are not included in the above listed new payment amount. However, until we are otherwise advised, the authorized additional principal amount will continue to be withdrawn from your account.

**ADJUSTABLE RATE MORTGAGE CUSTOMERS**

If your loan has an adjustable interest rate, your monthly principal and interest payment may change prior to your next Escrow Analysis.

**INSURANCE RENEWAL/CHANGING INSURANCE**

Upload proof of insurance coverage at www.mycoverageinfo.com/Cen300. Your insurance documents can also be sent to us via the following methods: Email: Cen300@mycoverageinfo.com or mail to: PO Box 202028, Florence, SC 29502-2028.

**TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS LOAN STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT INDEBTEDNESS AS YOUR PERSONAL OBLIGATION.**

# HOW TO READ YOUR
## ANNUAL ESCROW ACCOUNT
### DISCLOSURE STATEMENT

A quick guide to help you understand all your important escrow account information.





### Statement Identifying Information

Look here to find some basics, including your loan number, new mortgage payment amount and new payment effective date.

### Overview

Go here to see whether you have a shortage or surplus (including the amount) or sufficient funds. Learn how any surplus or shortage may be handled, and whether your future monthly payment will increase, decrease or stay the same.

### Summary

This quick summary of your recent escrow activity can help you learn more about why you may have a surplus or shortage. See the difference between what was expected to be paid for taxes and insurance versus what is now expected to be paid for the upcoming period, as well as how your new monthly payment compares to your existing payment.

### Required Minimum Balance

Your required minimum balance, also known as your payment cushion, covers any unanticipated tax or insurance increases. Your projected escrow balance is what we anticipate your lowest balance will be in the next 12 months. The difference between these two amounts will determine whether your account has a surplus or shortage.

### Escrow Account History Summary

Look here to see the details of what was actually paid into and from your account and how your actual account balance compares with what was previously projected.



### Escrow Account Projections

This is where you can find the estimate of all payments we expect to receive from you, and pay out for you, each month over the next year. The highlighted amounts are the lowest projected balance and the required minimum balance amounts used to determine whether you have a shortage or surplus.

The required minimum balance is the minimum acceptable amount in your escrow account over the next 12-month period.

### New Loan Payment

Go here to see a breakdown of your new loan payment amount, which includes your principal and interest, new escrow deposit and, if applicable, any monthly escrow shortage amount that needs to be paid.

### Customer Service

Here's how to get in touch with us for any questions or assistance. Please be sure to include your loan number on all correspondence.



## We're here to help!

 Find everything you need to know by going to **firstrust.loanadministration.com** then selecting your mortgage account.

 For any additional questions, use **Live Chat** to connect directly with an agent.



To learn more about escrow and what it means to you as a homeowner, please watch this short **video**.

https://bit.ly/3rBEuoV